IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEKE F. GURNAVAGE, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 11-2350 |
| v. | : | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

**FILED**
OCT 19 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

The Court has carefully and independently considered Plaintiff's Brief and Statement of Issues in Support (Doc. No. 14), Defendant's Response in opposition thereto (Doc. No. 19), and the Report and Recommendation of U.S. Magistrate Judge L. Felipe Restrepo (Docket No. 23). No objections to the Report and Recommendation have been filed.

AND NOW, this 18th day of October, 2012, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED AND ADOPTED.

2. This matter is REMANDED to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the Report and Recommendation.

3. The Clerk shall close this case for all purposes, including statistics.

BY THE COURT:

_____
C. DARNELL JONES, II    J.